**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00156-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MANUEL GIL-BENETEZ,

        Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that Defendant's Motion to Continue Change of Plea Hearing (Doc 14 - filed May 26, 2011) is **GRANTED**.

      The change of plea hearing regarding Defendant Gil-Benetez is **RESET to Tuesday, June 7, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  June 2, 2011