**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  11-cr-00156-LTB

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1.    **MANUEL GIL-BENETEZ,**

    **Defendant.**

---

### ORDER

---

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment against Manuel Gil-Benetez, and the Court having considered the same,

IT IS HEREBY ORDERED that the Indictment charging Manuel Gil-Bentez is dismissed this ___16th___ day of August, 2011.

                        BY THE COURT:

                        ___s/Lewis T. Babcock___
                        Lewis T. Babcock
                        United States District Court Judge